04cv12271 PBS

JURY    CSSTAY
JFF

U.S. District Court
USDC for the Eastern District of Arkansas (Pine Bluff)

CIVIL DOCKET FOR CASE #: 04-CV-234

Lang v. Pfizer Inc, et al                           Filed: 06/21/04
Assigned to: Judge William R. Wilson    Jury demand: Plaintiff
Demand: $0,000                                    Nature of Suit: 470
Lead Docket: None                                 Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 18:1962 Racketeering (RICO) Act


CLAUDIA LANG, On behalf of          Thomas P. Thrash
himself and all others              (501) 374-1058
similarly situated                  [COR LD NTC]
        plaintiff                   Attorney at Law
                                    1101 Garland Street
                                    Little Rock, AR 72201-1214



    v.


PFIZER INC                          Elizabeth Robben Murray
    defendant                       [COR LD NTC]
                                    Friday, Eldredge & Clark
                                    Regions Center
                                    400 West Capitol Avenue
                                    Suite 2000
                                    Little Rock, AR 72201-3493
                                    (501) 376-2011


WARNER-LAMBERT COMPANY, INC         Elizabeth Robben Murray
    defendant                       (See above)
                                    [COR LD NTC]


Docket as of October 27, 2004 1:33 pm              Page 1

```
                                                             JURY    CSSTAY
Proceedings include all events.
5:04cv234 Lang v. Pfizer Inc, et al                                  JFF

6/21/04   1    COMPLAINT with jury demand, summons issued and returned to:
               attorney ($150.00 filing fee paid with receipt #11490) (bkj)

7/26/04   2    JOINT MOTION by parties to stay proceedings pending
               transfer to multi-district litigation (jh)

8/4/04    3    ORDER by Judge William R. Wilson granting parties' joint
               motion to stay proceedings pending transfer to
               multi-district litigation [2-1]; pltf are not prejudiced
               because they may file objections to the transfer of their
               case before the MDL panel; and the stay is only in effect
               until the MDL panel decides whether this case is to be
               consolidated with other similar cases and transferred to
               another district as an MDL case (cc: all counsel) (bm)
               [Entry date 08/05/04] [Edit date 08/06/04]
```