**UNITED STATES DISTRICT COURT**
Eastern District of Arkansas
OFFICE OF THE CLERK
100 EAST 8TH STREET
ROOM 3103
PINE BLUFF, ARKANSAS 71601

JAMES W. McCORMACK
CLERK

(870) 536-1190
FAX(870) 536-6330

November 3, 2004

U.S. District Court
Tony Anastas, Clerk
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

In Re: *Lang vs Pfizer, Inc. et. al.*
Case Number: USDC MA No: 01:04cv12271 PBS

Dear Mr. Anastas:

In response to the Transfer Order of October 26, 2004, concerning the above referenced matter, we are sending you the original file along with a certified copy of the docket entries in U.S.D.C., E.D. Arkansas Case No. 5:04-cv-234

If you have any questions or need additional information, please contact me at (870) 536-1190. Thank you.

Sincerely,

JAMES W. McCORMACK
CLERK OF COURT

BY: *Brenda K. Johnson*
Brenda K. Johnson/Deputy Clerk

/bkj
Enclosures